**Order entered August 26, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00954-CV

### IN THE MATTER OF THE MARRIAGE OF LORIE RUTH BAKER AND GREGORY JOSEPH FINSTER

**On Appeal from the 256th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-17-13669**

# ORDER

Before the Court is appellant's August 21, 2019 motion asking the Court to change the style of this case. We **DENY** the motion.

/s/    ERIN A. NOWELL
        JUSTICE